FILED
May 7, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NATHANIEL BLANTON, ) <br> ) <br> Defendant. ) | CASE NUMBER: 2:10-cr-00177-JAM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Nathaniel Blanton</u>; Case <u>2:10-cr-00177-JAM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  \_  Release on Personal Recognizance

  \_  Bail Posted in the Sum of _____

  X  Unsecured Appearance Bond in the amount of <u>$25,000.00 co-signed by Tom Blanton.</u>

  \_  Appearance Bond with 10% Deposit

  \_  Appearance Bond secured by Real Property

  \_  Corporate Surety Bail Bond

  X  (Other) <u>Pretrial Supervision/Conditions.</u>

Issued at  <u>Sacramento, CA</u>  on  May 7, 2010  at  3:00 pm.

By  _____
Kendall J. Newman
United States Magistrate Judge