BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2748

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-10-177 JAM |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. ) | |
| NATHANIEL BLANTON, ) aka Nate Blanton, ) | |
| Defendant. ) | |

The Unites States of America, represented by Assistant United States Attorney, Russell L. Carlberg, and the defendant, Nathaniel Blanton, represented by his attorney, Tom Johnson, hereby agree and stipulate that the current date set for the status conference, Tuesday, May 25, 2010, may be vacated and rescheduled for Tuesday, June 29, 2010, at 9:30 a.m. before the Honorable United States District Court Judge, John A. Mendez. The Court's courtroom deputy, Mr. Harry Vine,  was contacted to ensure the Court was available on that date.

The reason for the continuance is to allow defense counsel time to review approximately 1,700 pages of documents related to

1

several mortgage loan transactions.  There are also several audio recordings that need to be reviewed.  Because this is a mortgage fraud case, it involves several areas of complexity relating to the loan application process, underwriting, and other aspects of real estate purchasing.

Therefore, the parties agree and stipulate that time under the Speedy Trial Act should be excluded under Title 18, United States Code, Section 3161(h)(7)(b)(ii) and section 3161(h)(7)(B)(iv), corresponding to Local code T-2 (the complexity of the case) and Local Code T-4 (to allow defense counsel time to prepare) from Tuesday May 25, 2010 through and including Tuesday, June 29, 2010.

Respectfully submitted:

BENJAMIN WAGNER
UNITED STATES ATTORNEY

DATED: 5-21-10        /s/ Russell L. Carlberg
                      Russell L. Carlberg
                      ASSISTANT UNITED STATES ATTORNEY


DATED: 5-21-10        /s/ Thomas Johnson (by permission)
                      _____
                      Thomas Johnson
                      Attorney for Defendant Nathaniel Blanton

**ORDER**

The Status Conference currently set for Tuesday, May 25, 2010, is vacated and rescheduled for Tuesday, June 29, 2010, at 9:30 a.m..  The Court finds that the interests of justice

2

1  outweigh the public's interest in a speedy trial and finds that
2  time may be excluded through June 29, 2010.  18 U.S.C. §
3  3161(h)(7)(A).  The basis for the time exclusion is for both for
4  defense preparation and case complexity.  18 U.S.C. §§
5  3161(h)(7)(b)(ii), (B)(iv), Local code T-2 (the complexity of the
6  case) and Local Code T-4 (defense preparation).
7       IT IS SO ORDERED.
8
9  DATED: May 24, 2010.
10
                                /s/ John A. Mendez
11                              HON. JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE
12