BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2748

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:10-cr-00177 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| | ) | PROTECTIVE ORDER RE: |
| v. | ) | DISSEMINATION OF DISCOVERY |
| | ) | DOCUMENTS CONTAINING |
| NATHANIEL BLANTON, | ) | PERSONALLY IDENTIFYING |
| aka Nate Blanton, | ) | INFORMATION |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Russell L. Carlberg, Assistant U.S. Attorney, representing plaintiff United States of America and Thomas A. Johnson, Esq., representing defendant Nathaniel Blanton, aka Nate Blanton, that the documents provided as discovery in this case to defense counsel are subject to a Protective Order.  Defendant is charged with making false statements and reports to lending institutions in connection with mortgages.  The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver license numbers, dates of birth, addresses, telephone numbers,

1  and email addresses.  This Protective Order extends to all
2  documents provided in this case, including those concerning
3  conduct not directly charged in the indictment.
4      By signing this Stipulation and Protective Order, defense
5  counsel agrees not to share any documents that contain Protected
6  Information with anyone other than defense counsel and his
7  designated defense investigators and support staff.  Defense
8  counsel may permit the defendant to view the documents in the
9  presence of his attorney, defense investigators and support
10 staff, so long as defense counsel, defense investigators and
11 support staff do not allow the defendant to copy Protected
12 Information contained in the discovery, and defense counsel,
13 defense investigators, and support staff do not allow the
14 defendant to retain unredacted copies of these records.
15     In the event that the defendant substitutes counsel,
16 undersigned defense counsel agrees to withhold documents
17 containing Protected Information from new counsel unless and
18 until substituted counsel agrees also to be bound by this order.
19 DATE: 5/24/2010

                                    /s/ Thomas A. Johnson
                                    THOMAS A. JOHNSON
                                    Attorney for Nathaniel Blanton

                                    (Signature obtained by Attorney)

23 DATE: 5/24/2010                   BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ Russell L. Carlberg
                                    RUSSELL L. CARLBERG
                                    Assistant U.S. Attorney
27 ///
28 ///

**ORDER**

For good cause shown, the stipulation of counsel in criminal case no. 2:10-cr-00177 JAM concerning Protected Information is approved and

**IT IS SO ORDERED:**

DATED: 05/27/2010        /s/ John A. Mendez
                         Hon. John A. Mendez
                         United States District Judge