HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
NATHANIEL BLANTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S-10-177 |
|---|---|---|
| Plaintiff, | ) | STIPULATION;[PROPOSED] ORDER |
| v. | ) | Date: November 2, 2010 |
| NATHANIEL BLANTON, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. John A. Mendez |
| Defendant. | ) | |

Defendant, NATHANIEL BLANTON , through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Russell Carlberg, agree as follows:

It is hereby stipulated that the status conference currently set for November 2, 2010 be vacated and a new status conference is to be scheduled on December 14, 2010 at 9:30 a.m.

It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's

1

1 date to December 14th, 2010, under Local Codes T4, Title 18, United
2 States Code section 3161(h)(7)(B)(iv) and Title 18 U.S.C. section
3 3161(h)(7)(B)(ii) and local code T-2.  The request for additional
4 time is to give counsel time to both research and investigate the
5 case.

7 Dated: October 28th, 2010
                                    Respectfully submitted,

                                    /s/ Christopher Haydn-Myer
                                    _____
                                    CHRISTOPHER HAYDN-MYER
                                    Attorney for Defendant
                                    Nathaniel Blanton

12 DATED: October 28th, 2010          BENJAMIN B. WAGNER
                                    United States Attorney

                                    /S/ Christopher Haydn-Myer for
                                    Russell Carlberg
                                    Assistant U.S. Attorney

### ORDER

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for November 2, 2010 be vacated and a new status conference is to be scheduled on December 14th, 2010 at 9:30 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to December 14th, 2010, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv)and Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2.

Dated: October 29, 2010
                                    /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States Federal Judge