HAYDN-MYER LAW CORPORATION
Christopher Haydn-Myer, Bar #176333
1478 Stone Point Drive, Suite 400
Roseville, California 95678
Telephone: (916) 622-1703
Fax: (916) 760-2767
email: chrishaydn@sbcglobal.net

Attorney for Defendant
NATHANIEL BLANTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. S-10-177 JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION; ORDER |
| | ) | |
| v. | ) | Date: January 18th, 2011 |
| | ) | Time: 9:30 a.m. |
| NATHANIEL BLANTON, | ) | Judge: Hon. John A. Mendez |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    Defendant, NATHANIEL BLANTON, through Christopher Haydn-Myer, attorney at law, and the United States of America, through Assistant U.S. Attorney Russell Carlberg, agree as follows:

    It is hereby stipulated that the status conference currently set for January 18th, 2011 be vacated and a new status conference is to be scheduled on February 22nd, 2011 at 9:30 a.m.

    It is further stipulated and agreed between the parties that the time under the Speedy Trial Act should be excluded from today's

1

date to February 22nd, 2011, under Local Codes T4, Title 18, United States Code section 3161(h)(7)(B)(iv) and Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2.  The request for additional time is to give counsel time to both research and investigate the case.

Dated: <u>January 13th, 2011</u>

    Respectfully submitted,

    /s/ Christopher Haydn-Myer
    _____
    CHRISTOPHER HAYDN-MYER
    Attorney for Defendant
    Nathaniel Blanton

DATED: <u>January 13th, 2011</u>

    BENJAMIN B. WAGNER
    United States Attorney

    <u>/S/ Christopher Haydn-Myer for</u>
    Russell Carlberg
    Assistant U.S. Attorney

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the status conference currently set for January 18th, 2011 be vacated and a new status conference is to be scheduled on February 22nd, 2011 at 9:30 a.m., and that the time under the Speedy Trial Act should be excluded from today's date to February 22nd, 2011, under Local Code T4, Title 18, United States Code section 3161(h)(7)(B)(iv) and Title 18 U.S.C. section 3161(h)(7)(B)(ii) and local code T-2.

Dated: 1/13/2011

    /s/ John A. Mendez
    Hon. John A. Mendez
    United States Federal Judge