**FILED**
October 11, 2016
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATHANIEL BLANTON,<br><br>　　　　Defendant. | Case No. 2:10-cr-00177 JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  NATHANIEL BLANTON ,

Case No.  2:10-cr-00177 JAM  Charge 18 U.S.C. 1014 - False Statement , from

custody for the following reasons:

　　　　_____  Release on Personal Recognizance

　　　　_____  Bail Posted in the Sum of $ _____

　　　　　　　_____  Unsecured Appearance Bond $ _____

　　　　　　　_____  Appearance Bond with 10% Deposit

　　　　　　　_____  Appearance Bond with Surety

　　　　　　　_____  Corporate Surety Bail Bond

　　　　　　__X__  (Other): Terms and conditions stated on the record

Issued at Sacramento, California on October 11, 2016 at 9:30 A.M.

　　　　　　　By:　/s/ John A. Mendez

　　　　　　　　　　District Judge John A. Mendez