IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|           Plaintiff, | CASE NO. 2:10-CR-00177-JAM |
|       v. | [PROPOSED] AMENDED RESTITUTION ORDER |
| NATHANIEL BLANTON, | |
|           Defendant. | |

The Judgment and Commitment in this action, Document [41], states that the payee in this action is J.P. Morgan Chase (CHASE). This is in error. The true victim in this case is Washington Mutual F.A. On September 25, 2008, the Federal Deposit Insurance Corporation (FDIC) was appointed as the Receiver for Washington Mutual Bank. While the FDIC transferred substantially all of Washington Mutual's assets and liabilities to CHASE pursuant to a purchase and assumption agreement, CHASE is not entitled to any restitution ordered to Washington Mutual or its subsidiaries. Any restitution payments are the property of the receiver FDIC.

IT IS HEREBY ORDERED that the financial department of the U.S. District Court shall update the records of the Clerk to reflect Washington Mutual F.A. as the payee in this action.

Dated: June 28, 2017

THE HONORABLE JOHN A. MÉNDEZ
UNITED STATES DISTRICT COURT JUDGE